JOSEPH MCNAMARA, Respondent, *v.* CITY OF NIAGARA FALLS, Appellant.
MARY MCNAMARA, Respondent, *v.* CITY OF NIAGARA FALLS, Appellant.

Argued December 5, 1951; decided January 17, 1952.

*Clarence W. Greenwald, Corporation Counsel (Sigismund M. Lopacki* of counsel), for appellant.

*George M. Donohue* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.